UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND; ET AL <br><br> PLAINTIFF(S) <br><br> vs. <br><br> BURLING BUILDERS, INC <br><br> DEFENDANT(S) | COURT DATE: <br><br> Case No. **08 CV 2448** <br><br><br> SERVICE DOCUMENTS: **SUMMONS & COMPLAINT** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **May 19, 2008**, at **3:00 PM**, I served the above described documents upon **BURLING BUILDERS, INC** as shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with **MARGO ALEXANDER / EXECUTIVE ASSISTANT**, an officer, managing agent or authorized agent of the within named company.

Said service was effected at **2850 S. MICHIGAN AVE., STE 100, CHICAGO, IL 60616**.

**DESCRIPTION:** Gender: **F**  Race: **BLACK**  Age: **45**  Hgt: **5'6"**  Wgt: **170**  Hair: **BLACK**  Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct.

*/s/ Barry A Savage/*

**Barry A Savage, Lic #: 117-001119**
**Judicial Attorney Services, Inc.**
**2100 Manchester Rd., Ste 900**
**Wheaton, IL 60187**
**(630) 221-9007**

SUBSCRIBED AND SWORN to before me this 20th day of May, 2008

*/s/ Robert D Fairbanks/*

OFFICIAL SEAL
ROBERT D FAIRBANKS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/08/10

NOTARY PUBLIC

CLIENT NAME:
McJessy, Ching & Thompson LLC*
FILE #:

ORIGINAL PROOF OF SERVICE

TRACKING #
38675

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Chicago Regional Council of Carpenters
Pension Fund, et al.

V.

Burling Builders, Inc.

CASE NUMBER: 08CV2448

ASSIGNED JUDGE: JUDGE GETTLEMAN

DESIGNATED
MAGISTRATE JUDGE: MAGISTRATE JUDGE: MASON

TO: (Name and address of Defendant)

Burling Builders, Inc.
c/o Elzie Higginbottom, Registered Agent
2850 S. Michigan Ave., Ste. 100
Chicago, IL 60616

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kevin P. McJessy
McJessy, Ching & Thompson
3759 N. Ravenswood, Ste. 231
Chicago, Illinois 60613
(773) 880-1260

an answer to the complaint which is herewith served upon you, within _____twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

**Michael W. Dobbins, Clerk**

_(signature)_

(By) DEPUTY CLERK

April 29, 2008

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                Date                *Signature of Server*

                                        _____
                                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.