# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                                 Case Number:  08 CV 2448

CHICAGO REGIONAL COUNCIL OF CARPENTERS
PENSION FUND and its Trustees RICHARD A. BAGGIO,
ROGER A. MONACO, PAUL R. HELLERMANN, JEFFREY
ISAACSON, BENJAMIN JOHNSTON, J. DAVID PEPPER,
ROBERT QUANSTROM, MICHAEL J. SEXTON and
MARTIN C. UMLAUF; CHICAGO REGIONAL COUNCIL
OF CARPENTERS WELFARE FUND and its Trustees
RICHARD A. BAGGIO, ROGER A. MONACO, PAUL R.
HELLERMANN, JEFFREY ISAACSON, BENJAMIN
JOHNSTON, FRANK LIBBY, J. DAVID PEPPER, ROBERT
QUANSTROM, THOMAS S. RAKOW, MICHAEL J.
SEXTON and MARTIN C. UMLAUF; CHICAGO AND
NORTHEAST ILLINOIS REGIONAL COUNCIL OF
CARPENTERS APPRENTICE AND TRAINING PROGRAM
and its Trustees RICHARD A. BAGGIO, TODD H. HARRIS,
JEFFREY ISAACSON, KEITH JUTKINS, ALBERT L.
LEITSCHUH, RANDY R. MEYER, BRUCE A. NELSON, J.
DAVID PEPPER, JAMES A. SIKICH and MARTIN C.
UMLAUF; and LABOR/ MANAGEMENT UNION
CARPENTRY COOPERATION PROMOTION FUND and its
Trustees RICHARD A. BAGGIO, KENNETH BORG, JOSEPH
FELDNER, J. DAVID PEPPER, and MARTIN C. UMLAUF,

                                                              Plaintiffs,

v.

BURLING BUILDERS, INC.,

                                                              Defendants

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant Burling Builders, Inc.

| NAME: (Type or Print) |
| --- |
| Robert H. Brown |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| /s/ Robert H. Brown |

| | |
|---|---|
| FIRM: Laner, Muchin, Dombrow, Becker, Levin and Tominberg, Ltd. | |
| STREET ADDRESS:  515 North State Street, Suite 2800 | |
| CITY/STATE/ZIP: Chicago, Illinois 60610 | |
| ID NUMBER:  00319120 | TELEPHONE NUMBER: 312/467-9800 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?             YES ■             NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?           YES ■             NO ☐ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?              YES ■             NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?     YES ■     NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL   ☐              APPOINTED COUNSEL ☐ | |

## CERTIFICATE OF SERVICE

Robert H. Brown, an attorney, hereby certifies that he caused attached Appearance, to be delivered to the Chambers of the Honorable Robert W. Gettleman, and to be filed via Electronic Filing with the Clerk of court, and to be served on counsel of record for the Plaintiff, through the U.S. District Court, Northern District of Illinois e-filing system, on this 9th day of June 2008, addressed to:

> Kevin P. McJessy
> McJessy, Ching & Thompson, LLC
> 3759 N. Ravenswood Suite 231
> Chicago, IL 60613
> (773) 880-1260
> fax (773) 880-1265
> mcjessy@mcandt.com

/s/Robert H. Brown
Robert H. Brown

Robert H. Brown
rbrown@lanermuchin.com
Lindsy A. Wilkerson (06281337)
lwilkerson@lanermuchin.com
Laner, Muchin, Dombrow, Becker,
 Levin and Tominberg, Ltd.
515 North State Street
Suite 2800
Chicago, Illinois 60610
(312) 467-9800
(312) 467-9479 (fax)