IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND and its Trustees RICHARD A. BAGGIO, ROGER A. MONACO, PAUL R. HELLERMANN, JEFFREY ISAACSON, BENJAMIN JOHNSTON, J. DAVID PEPPER, ROBERT QUANSTROM, MICHAEL J. SEXTON and MARTIN C. UMLAUF; CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND and its Trustees RICHARD A. BAGGIO, ROGER A. MONACO, PAUL R. HELLERMANN, JEFFREY ISAACSON, BENJAMIN JOHNSTON, FRANK LIBBY, J. DAVID PEPPER, ROBERT QUANSTROM, THOMAS S. RAKOW, MICHAEL J. SEXTON and MARTIN C. UMLAUF; CHICAGO AND NORTHEAST ILLINOIS REGIONAL COUNCIL OF CARPENTERS APPRENTICE AND TRAINING PROGRAM and its Trustees RICHARD A. BAGGIO, TODD H. HARRIS, JEFFREY ISAACSON, KEITH JUTKINS, ALBERT L. LEITSCHUH, RANDY R. MEYER, BRUCE A. NELSON, J. DAVID PEPPER, JAMES A. SIKICH and MARTIN C. UMLAUF; and LABOR/ MANAGEMENT UNION CARPENTRY COOPERATION PROMOTION FUND and its Trustees RICHARD A. BAGGIO, KENNETH BORG, JOSEPH FELDNER, J. DAVID PEPPER, and MARTIN C. UMLAUF, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) Case No.  08 CV 2448 |
| BURLING BUILDERS, INC., an Illinois corporation, | ) Judge Gettleman ) Magistrate Judge Mason |
| Defendant. | ) ) ) |

**DISCLOSURE STATEMENT AND NOTIFICATION AS TO AFFILIATES**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and L.R. 3.2, counsel of record for Defendant, Burling Builders, Inc., a non-governmental corporate party in the above-

captioned action, hereby discloses that there is no such parent corporation or any publicly held corporation owning 5% or more of its stock.

Dated: June 10, 2008                                          BURLING BUILDERS, INC.

                                                              By:   /s/ Lindsy A. Wilkerson
                                                                    Lindsy A. Wilkerson

Robert H. Brown
rbrown@lanermuchin.com
Lindsy A. Wilkerson (06281337)
lwilkerson@lanermuchin.com
Laner, Muchin, Dombrow, Becker,
  Levin and Tominberg, Ltd.
515 North State Street
Suite 2800
Chicago, Illinois 60610
(312) 467-9800
(312) 467-9479 (fax)

2

## CERTIFICATE OF SERVICE

Lindsy A. Wilkerson, an attorney, hereby certifies that she caused Defendant's Disclosure Statement and Notice of Affliates, via Electronic Filing, to be served on counsel of record for the Plaintiff, through the U.S. District Court, Northern District of Illinois e-filing system, on this 10th day of June 2008, addressed to:

> Kevin P. McJessy
> McJessy, Ching & Thompson, LLC
> 3759 N. Ravenswood Suite 231
> Chicago, IL 60613
> (773) 880-1260
> fax (773) 880-1265
> mcjessy@mcandt.com

> /s/ Lindsy A. Wilkerson
> Lindsy A. Wilkerson

Robert H. Brown
rbrown@lanermuchin.com
Lindsy A. Wilkerson (06281337)
lwilkerson@lanermuchin.com
Laner, Muchin, Dombrow, Becker,
  Levin and Tominberg, Ltd.
515 North State Street
Suite 2800
Chicago, Illinois 60610
(312) 467-9800
(312) 467-9479 (fax)