IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND , et. al, <br><br>Plaintiffs, <br><br>v. <br><br>BURLING BUILDERS, INC., an Illinois corporation, <br><br>Defendant. | Case No. 08 CV 2448 <br> Judge Gettleman <br> Magistrate Judge Mason |

**NOTICE OF SERVICE**

Lindsy A. Wilkerson, an attorney, hereby certifies that she caused the Defendant's Rule 26(a)(1) Disclosures in the above-captioned matter to be served on the party of record listed below, by placing same in the U.S. mail located at 515 North State Street, Suite 2800, Chicago, Illinois 60610, postage prepaid, before the hour of 4:00 p.m. on this 14th day of August 2008, addressed to:

> Kevin P. McJessy
> McJessy, Ching & Thompson, LLC
> 3759 N. Ravenswood Suite 231
> Chicago, IL 60613
> (773) 880-1260
> fax (773) 880-1265
> mcjessy@mcandt.com

Dated:  August 14, 2008                                BURLING BUILDERS, INC.

                                                By:     /s/ Lindsy A. Wilkerson
                                                         Lindsy A. Wilkerson

Robert H. Brown
rbrown@lanermuchin.com
Lindsy A. Wilkerson (06281337)
lwilkerson@lanermuchin.com
Laner, Muchin, Dombrow, Becker,
  Levin and Tominberg, Ltd.
515 North State Street
Suite 2800
Chicago, Illinois 60610
(312) 467-9800
(312) 467-9479 (fax)